IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR 125 WEST HAWES AVENUE, FRESNO, CALIFORNIA 99706-2902<br>4555 PROVIDENCE AVENUE WEST, FRESNO, FRESNO COUNTY, CALIFORNIA, 93722-6826 | CASE NO. 1:15-SW-____<br><br>[PROPOSED] ORDER TO SEAL SEARCH WARRANT APPLICATION<br><br>**UNDER SEAL**<br><br>1: 1 6 SW  0 0 0 2 1 BAM |

The United States having applied to this Court for an order permitting it to file the search warrant application together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Kimberly A. Sanchez, shall be filed with this Court under seal and shall not be disclosed pending further order of this court.

DATED: 1/20 , 2016

HONORABLE BARBARA A. McAULIFFE
U.S. Magistrate Court Judge

Motion to seal and order                    4