

FEB 26 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:,** | **ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT** |
| 125 WEST HAWES AVENUE, FRESNO CALIFORNIA | CASE NO. 1:16-SW-00021 BAM |
| 4555 PROVIDENCE AVENUE WEST, FRESNO CALIFORNIA | |

The search warrants and affidavit in support of the above-referenced search warrants, having previously been sealed by orders of this Court, and it appearing that the search warrants and affidavits no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrants and affidavits in support of the search warrants herein be unsealed and made public record.

DATED: February 25, 2016

_____
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE